IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID BOETTCHER, | |
| Plaintiff, | 8:21CV31 |
| vs. | ORDER |
| ANDREW M. SAUL, Commissioner of Social Security; | |
| Defendant. | |

This matter is before the Court on the defendant's unopposed motion for an extension of time, Filing No. 6. Defendant Andrew M. Saul, Commissioner of Social Security ("the Commissioner") requests an extension of time to file its responsive pleading and the administrative record due to changes to operations in response to the global pandemic. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The defendant's unopposed motion for an extension of time (Filing No. 6) is granted.
2. The defendant shall file its responsive pleading and the administrative record on or before July 2, 2021.

Dated this 19th day of May 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge