IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID BOETTCHER,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | **8:21CV31**<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the plaintiff and against the defendant.

Dated this 19th day of August, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge